No. 76–5777. JONES *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 76–5798. TUCKER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–5823. BATES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–5852. SCOTT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5877. SMITH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5882. MURPHY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–5913. SANDERS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–601. EVANS ET AL. *v.* HILLS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 76–646. BRADFORD SCHOOL BUS TRANSIT, INC., ET AL. *v.* CHICAGO TRANSIT AUTHORITY ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 76–655. CREEL ET AL. *v.* FREEMAN ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.

No. 75–929. ESTELLE, CORRECTIONS DIRECTOR *v.* GAMBLE, *ante,* p. 97; and

No. 76–179. MARKERT *v.* UNITED STATES, *ante,* p. 999. Petions for rehearing denied.